SEALED

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 JUN -7 P 1:30

JON W. SANFILIPPO
CLERK

16-CR-087

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

EDGARDO QUILES-RIVERA,
EDGAR VELEZ,
CARLOS DAVID,
EDDIE RIVERA,
JUSTO CAPELES,
JOSE DEANDA,
OMAYRA RIVERA,
EDGARDO S. RIVERA,
JORGE FONTANEZ-MASSO,
JOSE SANTOS-MARTI,
ISAAC ELENA-LEONARDO,
RAMON ELIZONDO,
BRENDA FONTANEZ-MASSO,
CARLOS VELAZQUEZ,
LUIS DIAZ,
EMERITO QUILES,
JASON RIVERA, and
JAIME VEGA,

    Defendants.

Case No. 16-CR
21 U.S.C. §§ 841(a)(1), 841,
(b)(1)(A), and 846

**INDICTMENT**

**THE GRAND JURY CHARGES:**

1. Between approximately January 1, 2016, and June 7, 2016, in the State and Eastern District of Wisconsin, and elsewhere,

1

EDGARDO QUILES-RIVERA,
EDGAR VELEZ,
CARLOS DAVID,
EDDIE RIVERA,
JUSTO CAPELES,
JOSE DEANDA,
OMAYRA RIVERA,
EDGARDO S. RIVERA,
JORGE FONTANEZ-MASSO,
JOSE SANTOS-MARTI,
ISAAC ELENA-LEONARDO,
RAMON ELIZONDO,
BRENDA FONTANEZ-MASSO,
CARLOS VELAZQUEZ,
LUIS DIAZ,
EMERITO QUILES,
JASON RIVERA, and
JAIME VEGA,

knowingly and intentionally conspired with each other, and with persons known and unknown to the grand jury, to possess with the intent to distribute and distribute.

2. One kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

# FORFEITURE NOTICE

1. Upon conviction of the controlled substance offense alleged in this Indictment, each charged defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation, including but not limited to the following:

A sum of money equal to $1,000,000 in United States currency, representing the amount of unseized proceeds obtained as a result of the offenses.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL: Yes

FOREPERSON

Date: 6/07/16

GREGORY J. HAANSTAD
United States Attorney

3